IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LOUANA JOHNSON LOVE**                                                               **PLAINTIFF**

v.                            **4:07CV00723-WRW**

**DOUGLAS W. WILLIFORD**                                         **DEFENDANTS**

## **JUDGMENT**

Based on an Order entered this date, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of September, 2007.

                                                                              /s/Wm. R. Wilson, Jr.
                                                         UNITED STATES DISTRICT JUDGE